IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:00-CR-144-1F
NO. 5:00-CR-144-2F
NO. 5:00-CR-144-3F
NO. 5:00-CR-144-4F
NO. 5:00-CR-144-5F
NO. 5:00-CR-144-6F
NO. 5:00-CR-144-7F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **REASSIGNMENT ORDER** |
| RALPH HOLDEN SHIELDS ) | |
| MARCUS TYRONE HUNTER ) | |
| WILLIS GREEN BRYANT, J. ) | |
| DAVID BRYANT HOWELL ) | |
| BARBARA ANN BARTLEY ) | |
| ANGELA VICTORIA GILMORE ) | |
| JAMESSA CHARLMAGNE FLIPPIN ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned as to all defendants to the Honorable Terrence W. Boyle, United States District Judge, for all further proceedings. Senior United States District Judge James C. Fox is no longer assigned to the case. **All future documents should reflect the revised case number of 5:00-CR-144-BO.**

SO ORDERED. This the 22nd day of December, 2021.

/s/ Peter A. Moore, Jr.
Clerk of Court